USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONAHUE FIELDS,

Plaintiff,

-v-

TELEGRAPHE RESTAURANT LLC, a New York limited liability company, d/b/a TELEGRAPHE CAFÉ, et al.,

Defendants.

**ORDER**

26-CV-3996 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Based on the date of service, Defendants' answers to the complaint were due on **July 13, 2026**. To date, no answers have been filed. The Court *sua sponte* extends the deadline to respond to the complaint to **July 20, 2026**. Defendants are warned that failure to respond to the complaint may result in a default judgment.

Plaintiff is directed to serve copies of this order to Defendants by mail using the addresses listed on the summons, and to file proof of such service by **July 17, 2026**.

**SO ORDERED.**

Dated: July 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge