USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONAHUE FIELDS,

Plaintiff,

-v-

TELEGRAPHE RESTAURANT LLC, a New York limited liability company, d/b/a TELEGRAPHE CAFÉ, et al.,

Defendants.

**ORDER**

26-CV-3996 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated July, 14, 2026, the undersigned extended the answer deadline and directed Plaintiff to serve the order on Defendants by mail and file proof of service by **July 17, 2026**. To date, no such proof of service has been filed.

Plaintiff's deadline to file proof of service is extended *sua sponte* to **July 24, 2026**. Since Defendant 625 Ownership LLC has since appeared and filed an answer, Plaintiff does not need to file proof of service on Defendant 625 Ownership LLC.

**SO ORDERED.**

Dated: July 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge