UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 8/3/2026

DONAHUE FIELDS,

Plaintiff,

-v-

TELEGRAPHE RESTAURANT LLC, a New York limited liability company, d/b/a TELEGRAPHE CAFÉ, et al.,

Defendants.

**ORDER**

26-CV-3996 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting to adjourn the conference scheduled for August 7, 2026, ECF No. 19, and Defendant 625 Ownership LLC's letter in opposition to the request, ECF No. 20. The request is **DENIED**. The conference shall proceed as planned on August 7, 2026.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 19 as **DENIED**.

**SO ORDERED.**

Dated: August 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge