UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/7/2026

DONAHUE FIELDS,

Plaintiff,

-v-

TELEGRAPHE RESTAURANT LLC, a New York limited liability company, d/b/a TELEGRAPHE CAFÉ, et al.,

Defendants.

**ORDER**

26-CV-3996 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on August 7, 2026. For the reasons articulated at the conference, Defendant 625 Ownership LLC is directed to provide the lease assignment agreement referenced in paragraph 60 of its answer, ECF No. 14, to Plaintiff by **August 14, 2026**. Plaintiff shall file an amended complaint within **five business days** of receiving the lease assignment agreement.

The Court requests that Defendant 625 Ownership LLC communicate with its tenants to facilitate a speedier resolution of this action.

**SO ORDERED.**

Dated: August 7, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge